In the Matter of Proceedings Supplementary to Execution. FREDERICK A. JONES, Appellant, *v.* STANDARD PLUNGER ELEVATOR COMPANY, Respondent.

*Matter of Jones* v. *Standard Plunger Elevator Co.*, 167 App. Div. 178, affirmed.

(Argued May 24, 1915; decided June 8, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1915, which reversed an order of Special Term denying a motion to vacate an order for the examination of a judgment debtor in proceedings supplementary to execution and granted such motion.

*Charles L. Craig* and *James A. Foley* for appellant.

*L. Laflin Kellogg* and *William K. Hartpence* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN and SEABURY, JJ.; WILLARD BARTLETT, Ch. J., dissents on dissenting opinion below. Not sitting: CARDOZO, J.